EMANUEL COHEN, Respondent, v. MOSES L. PARSHELSKY and WILLIAM WASSMUTH, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

MARION COLON, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.*— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

ROBERT COLIN, Respondent, v. PAUL KAPLAN and Others, Appellants, and FRANK GOLDSTEIN, Defendant.— Order denying motion of certain defendants to dismiss the complaint, or in the alternative to strike certain allegations therefrom, affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of FRANCES CANN, Respondent, v. WILLIAM BERLAGE, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

GUSSIE G. CONNELL, as Administratrix, etc., of JAMES G. CONNELL, Deceased, Respondent, v. DAVID KAY, Appellant.†— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Tompkins, J., dissents and votes to reverse and dismiss the complaint, with the following memorandum: I agree as to the negligence of the defendant, but in my opinion, plaintiff's intestate was guilty of contributory negligence as a matter of law; defendant and his wife testified that he did not look in either direction before starting to cross the concrete road. Their testimony was uncontradicted — there is no evidence that deceased looked either up or down the road before or while crossing. Reasonable care for one's safety in crossing such a public highway requires a look up and down before walking in the path of automobiles.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. 317 WEST NINETY-SECOND STREET CORPORATION and Others, Defendants, Impleaded with J. EZRA SMITH and Others, Appellants.— Order striking out answer and granting summary judgment to plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

BELLE FERGUSON, Respondent, v. GEORGE W. OLVANY and RICHARD A. CORROON, as Executors, etc., of ANTONIN CHAPAL, Late of the County of Nassau, Deceased, Appellants.— Order denying defendants' motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.